

MINUTE ENTRY
BERRIGAN, J.
AUGUST 29, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C"(4) |

IT IS ORDERED that a Status Conference be held on the Motion to Continue Trial filed in this matter on Wednesday, August, 30, 2000, at 3:00 pm. All counsel will participate by telephone.

```
                    _____
                    UNITED STATES DISTRICT JUDGE
```

DATE OF ENTRY
AUG 29 2000

