```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                             2000 AUG 28  AM 10: 50

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION NO. 00-0047 |
| VERSUS | * | SECTION: "C" |
| VASTAR RESOURCES, INC. | * | MAGISTRATE JUDGE: (4) |
| * * * * * * * * * * * * * * * * * | | **JURY TRIAL DEMANDED** |

### JOINT MOTION TO CONTINUE TRIAL DATE AND CUT-OFF DATES

NOW INTO COURT, through undersigned counsel, comes counsel for both Plaintiff Alfred Terry and Defendant Vastar Resources, Inc. for the purpose of filing this joint notice to continue the trial date and cut-off dates, set forth in the court's April 4, 2000.

This motion is filed because counsel Plaintiff has another trial set for the same date in 24th Judicial District Court for the Parish of Orleans, State of Louisiana: That case is styled: <u>Charles Laterrade vs. Allstate Insurance Company, et al</u>, 24th JDC No. 530-308. Counsel for Plaintiff also has a two week trial involving eleven (11) plaintiffs scheduled in a case styled: <u>Lalla, et al vs. City of New Orleans, et al</u>, 1999 WL 158900 (U.S.D.C., E.D. of La Civil Action No. 96-2640 C/W 96-2658 C/W 98-3591). This motion is also being filed because the schedules of counsel for both parties are such that it would be difficult, if not possible, to complete trial preparations in accordance with the deadlines specified in the Court's scheduling order.

```
DATE OF ENTRY
 AUG 31 2000
```



Counsel for both parties certify that this motion has been discussed with both parties and both parties have agreed to this continuance.

Respectfully submitted,

By _____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
(504) 887-0077
Attorney for Plaintiff Alfred Terry

By _____
Michael M. Christovich
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
(504) 581-5141
Attorney for Defendant Vastar Resources, Inc.

## CERTIFICATE OF NOTIFICATION

Counsel for both parties to this action certify that their clients have been advised of this motion and both have agreed to the requested continuance.

_____           _____
Clement P. Donelon                  Michael M. Christovich
Attorney for Plaintiff Alfred Terry  Attorney for Defendant Vastar Resources, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION NO. 00-0047 |
| VERSUS | * | SECTION: "C" |
| VASTAR RESOURCES. INC. | * | MAGISTRATE JUDGE: (4) |
| * * * * * * * * * * * * * * * * * | | **JURY TRIAL DEMANDED** |

**ORDER**

Considering the joint motion to continue filed by the parties to this lawsuit. it is ordered that the trial of the case and the pretrial conference are hereby continued.

It is further ordered that the deadlines set forth in the Courts April 4, 2000 scheduling order are cancelled to be reset when this case is rescheduled for trial. *

Signed this 30 day of August, 2000, New Orleans, Louisiana.

_____
DISTRICT JUDGE

\* A preliminary conference with the courtroom deputy by telephone to pick new dates will be held on September 8, 2000 at 10 a.m.