```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 OCT -4  PM 3: 57

                                LORETTA G. WHYTE
                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER    00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   **JURY TRIAL DEMANDED**

### PLAINTIFF'S MOTION TO FILE FIRST
### SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Alfred Terry for the purpose of filing this Motion for Leave of Court to file First Supplemental and Amended Complaint herein.

Pursuant to Local Rule 7.6, this Motion has been discussed with opposing counsel and opposing counsel has consented to said Motion.

Wherefore Plaintiff Alfred Terry prays that this Honorable Court grant him leave to file his First Supplemental and Amended Complaint herein.

Respectfully submitted,

BY: _____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway, Suite 1B
Metairie, Louisiana 70006
(504) 887-0077

**CERTIFICATE OF SERVICE**
I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on the ____ day of _____, 20__.

_____

DATE OF ENTRY
OCT 6 2000

## ORDER

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that Plaintiff Alfred Terry is granted leave of Court to file his First Supplemental and Amended Complaint herein.

Signed this 5th day of October, 2000, New Orleans, Louisiana

MAGISTRATE JUDGE