FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 27 PM 4: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 00-0047** |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG. 4** |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | **MAGISTRATE JUDGE KAREN ROBY** |

* * * * * * * * * * * * *

### MOTION FOR EXTENSION OF TIME

**NOW COMES** defendant, Vastar Resources, Inc. ("Vastar"), through undersigned counsel, who, upon representing to the Court that it was served with Request for Admissions, Interrogatories and Request for Production of Documents propounded by the plaintiff, Alfred Terry, on or about November 27, 2000; that it desires an additional ten (10) days time within which to respond to plaintiff's addimissions and discovery requests; that it has diligently attempted to obtain information responsive to the plaintiff's addmissions and discovery requests, but to date has yet to obtain such information, and respectfully moves the Court for the entry of an Order granting Vastar Resources, Inc. an additional ten (10) days' time, until January 5, 2001, within which to provide responses to the plaintiff's addmissions and discovery requests.

DATE OF ENTRY
JAN - 2 2001

Respectfully Submitted,

**DEUTSCH, KERRIGAN & STILES, L.L.P.**

*/s/ Michael M. Christovich*

**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141

Attorneys for Vastar Resources, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 27th day of December, 2000.

*/s/ Michael M. Christovich*

G:\PURSELL\VASTAR\00026\PLEADING\MOTION-2.WPD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ALFRED TERRY | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NUMBER: 00-0047 |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 4 |
| | * | HONORABLE H. GINGER BERRIGAN |
| | * | MAG. JUDGE KAREN WELLS ROBY |

* * * * * * * * * * * * *

### ORDER

Considering the foregoing,

**IT IS ORDERED** that defendant, Vastar Resources, Inc., be, and the same is, hereby granted an additional ten (10) days' time, through and including January 5 , 2001, within which to provide responses to the plaintiff's addmisions and discovery requests.

New Orleans, Louisiana, this _2nd_ day of ~~December~~ January, 2001.

_____
JUDGE