

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**ALFRED TERRY**  CA NO.: 00-0047

**VERSUS**  SECTION "C"

**VASTAR RESOURCES, INC.**  MAGISTRATE JUDGE "4"

### VASTAR RESOURCES, INC.'S MAY CALL WITNESS LIST

**NOW INTO COURT** through undersigned counsel, comes defendant, Vastar Resources, Inc., (hereinafter "Vastar"), and submits its list of witnesses who may be called at trial of this matter:

1. Alfred Terry;

2. Yogi Patel;

3. William "Randy" Jones;



DEUTSCH,
KERRIGAN &
STILES, L.L.P.

4.  Sam Clary;

5.  Mike Gwin;

6.  Dennis Michel

7.  Odie Bonds;

8.  Carroll Kent Smith;

9.  Bruce A. Paradelas;

10. Charles Dieble;

11. Brad Smith;

12. Chris Babin;

13. John Baxa;

14. George Herr;

15. John Hodnett;

16. Paul Beamer;

17. Suzanne Klein

18. John Watermeier, M.D.;

19. Richard Wei, M.D.;

20. Howard Nelson, M.D.;

21. Charles Bolotte, M.D.;

22. William Woessner, M.D.;

23. Matthew Grim, M.D.;

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

24. Medical Records Custodian of Crescent City Physical Therapy;

25. Medical Records Custodian of Westbank Orthopedic & Sports Therapy;

26. Medical Records Custodian of Thibodeaux Regional Medical Center;

27. Any and all medical providers seen by Alfred Terry;

28. Ken Boudreaux, Ph.D.;

29. Michael S. Frenzel or a representative of Jennifer Palmer & Associates;

30. Calvin Barnhill;

31. Dr. Lee Moss

32. Any witness listed by the plaintiff.

Because discovery is on-going, Vastar Resources, Inc. reserves the right to amend and/or supplement this may call witness list.

          **Respectfully submitted,**

          */s/ Michael M. Christovich*
          **MICHAEL M. CHRISTOVICH, T.A. (#4118)**
          **BRANDT K. ENOS (#23058)**
          **DEUTSCH, KERRIGAN & STILES, L.L.P.**
          755 Magazine Street
          New Orleans, Louisiana 70130
          Telephone: (504) 581-5141
          Telefax: (504) 566-1201
          **Attorneys for VASTAR RESOURCES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 16th day of January, 2001.

*[signature]*
~~BRANDT K. ENOS~~
Michael M. Christovich

G:\PURSELL\VASTAR\00026\Pleading\WITNESS P01

DEUTSCH,
KERRIGAN &
STILES, L.L.P.



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED TERRY** | CA NO.: 00-0047 |
| **VERSUS** | SECTION: "C" |
| **VASTAR RESOURCES, INC.** | MAGISTRATE JUDGE "4" |

### VASTAR RESOURCES, INC.'S
### PRELIMINARY EXHIBIT LIST

**NOW INTO COURT** through undersigned counsel, comes defendant, Vastar Resources, Inc., (hereinafter "Vastar"), and submits its Preliminary Exhibit List of exhibits which may be used at the trial of this matter:

1. Schlumberger's Risk Identification or Accident Report regarding Alfred Terry;

2. Any and all Schlumberger invoices regarding work performed on Grand Isle 95 and Grand Isle 90 on or about January 15-February 15, 1999;



DEUTSCH,
KERRIGAN &
STILES, L.L.P.

3. Contracts of Schlumberger and Vastar, Service Order Nos. 1287596 and 1287597;

4. Schlumberger's Activity Logs dated 1/24/99 and 1/29/99;

5. Schlumberger's Bonus Tickets dated 1/24/99 and 1/29/99;

6. Schlumberger's Dispatch sheets dated 1/24/99 and 1/29/99;

7. Any and all drawings and/or diagrams;

8. Any and all photographs/videos taken of Grand Isle 95 platform;

9. Any and all Vastar Daily Work Logs for work being performed on Grand Isle 95;

10. Any and all tax documents regarding Alfred Terry;

11. Any and all personnel/payroll records of Alfred Terry;

12. Any and all deposition transcripts taken regarding the alleged accident of Alfred Terry;

13. Any and all medical records of Dr. John Watermeier regarding Alfred Terry;

14. Any and all medical records of Dr. Richard Wei regarding Alfred Terry;

15. Any and all medical records of Dr. Howard Nelson regarding Alfred Terry;

16. Any and all medical records of Dr. Charles Bolotte regarding Alfred Terry;

17. Any and all medical records of Dr. William Woessner regarding Alfred Terry;

18. Any and all medical records of Dr. Matthew Grim regarding Alfred Terry;

DEUTSCH, KERRIGAN & STILES, L.L.P.

19. Any and all medical records of Crescent City Physical Therapy regarding Alfred Terry;

20. Any and all medical records of Westbank Orthopedic & Sports Therapy regarding Alfred Terry;

21. Any and all medical records of Thibodeaux Regional Medical Center regarding Alfred Terry;

22. Any and all medical records of any medical provider seen by Alfred Terry;

23. Expert report of Calvin Barnhill;

24. Expert report of economist, Ken Boudreaux, Ph.D;

25. Vocational rehabilitation expert report of Michael Frinzel;

26. Independent medical examination report of Dr. Lee Moss;

27. Any charts, blow-ups, diagrams, photographs or visual aid;

28. Any exhibit listed by any other party.

Because discovery is on-going, Vastar Resources, Inc. reserves the right to supplement and/or amend this Preliminary Exhibit List.

Respectfully submitted,

MICHAEL M. CHRISTOVICH, T.A. (#4118)
BRANDT K. ENOS (23058)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street

- 3 -

New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Telefax: (504) 566-1201
Attorneys for **VASTAR RESOURCES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 16th day of January, 2001.

*/s/ Brandt K. Enos*
**BRANDT K. ENOS**

G:\PURSELL\VASTAR\00026\PLEADING\EXHIBIT LST

DEUTSCH,
KERRIGAN &
STILES, L.L.P.