UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0047 |
| | * | |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 4 |
| | * | |
| | * | HONORABLE GINGER BERRIGAN |
| | * | |
| | * | MAGISTRATE JUDGE KAREN ROBY |

* * * * * * * * * * * *

### STATEMENT REQUESTING ORAL ARGUMENT

Now comes defendant Vastar Resources, Inc., through undersigned counsel, and pursuant to LR78.1E respectfully requests that the Court grant oral argument on the Motion for Summary Judgment filed by Vastar Resources, Inc.

Movant requests oral argument to assist the Court in ruling on Vastar's motion, and to clear up any confusion caused by plaintiff's opposition which defendant expects will attempt to muddle the material and uncontested facts before the Court.

DATE OF ENTRY
FEB - 1 2001

Respectfully submitted,

_____
**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Attorneys for Vastar Resources, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 30th day of January, 2001.

_____

G:\PURSELL\VASTAR\00026\PLEADING\ReqOralArg.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0047 |
| | * | |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 4 |
| | * | |
| | * | HONORABLE GINGER BERRIGAN |
| | * | |
| | * | MAGISTRATE JUDGE KAREN ROBY |

* * * * * * * * * * * * *

## O R D E R

Considering the above and foregoing request for oral argument it is hereby,

**ORDERED** that there be oral argument of Vastar Resources, Inc.'s motion for summary judgment set for hearing on Wednesday, February 14, 2001 at 9:30 a.m.

New Orleans, Louisiana, this _31_ day of _January_, 2001.

_____
DISTRICT JUDGE