```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2001 FEB -8  AM 11: 32

           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J.
FEBRUARY 8, 2001

     **IT IS ORDERED** that there **WILL BE ORAL ARGUMENT** on the following motion on February 14, 2001, at 9:30 a.m. before the undersigned.

**99-0601**    ANTONIO FRERE V HARRY LEE, ETC.
          Motion by Derrick Gerard Finister to enforce order requiring superssedeas bond and for findings of civil and criminal contempt (119)

**00-0047**    ALFRED TERRY V VASTAR RESOURCES, INC.
          Motion by Vastar Resources, Inc. for summary judgment (18)

                                        _____
                                        UNITED STATES DISTRICT JUDGE

```
DATE OF ENTRY
FEB - 8 2001
```

                                                    ___Fee_____
                                                    ___Process___
                                                    _X_Dktd_____
                                                    ___CtRmDep___
                                                    ___Doc.No.__21