```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2001 FEB -9  PM 4: 08

          LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**ROBY, M. J.**
**February 9, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED TERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0047** |
| **VASTAR RESOURCES INC** | **SECTION: "C" (4)** |

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a). The undersigned Magistrate Judge was formally a partner with the law firm of Deutsch, Kerrigan & Stiles, a law firm representing the defendant in the above captioned matter.

Canon 3.3-1 provides that a judge must recuse in all cases handled by the former law firm for a reasonable period of time thereafter. The undersigned ceased employment with Deutsch, Kerrigan & Stiles in 1998 and will recuse herself for a reasonable period from the termination of her employment with Deutsch, Kerrigan & Stiles in compliance with Canon 3. 3-1. Therefore, in compliance with Canon 3, which requires the impartial and diligent performance of judicial duties, the undersigned recuses herself from the aforemention matter.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

FEB - 9 2001

REALLOTTED TO  MAG. 1

DATE OF ENTRY
FEB 1 2 2001

___ Fee
___ Process
X   Dktd
___ CtRmDep
Doc.No. 22