

FILED
U.S. DISTRICT CO
EASTERN DISTRICT (

2001 FEB -9 PM 1:52

LORETTA G. WHYTI
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0047** |
| | * | |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG.** ~~X~~ | |
| | * | |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | |
| | * | **MAGISTRATE JUDGE** ~~KAREN ROBY~~ |
| * * * * * * * * * * * * * | | Shushan |

## MOTION FOR LEAVE TO FILE 13-PAGE
## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
## <u>VASTAR RESOURCES, INC.'S MOTION FOR SUMMARY JUDGMENT</u>

Now comes defendant Vastar Resources, Inc. ("Vastar"), through undersigned

counsel, and pursuant to LR7.4 and LR7.8.1E, moves the court for the entry of an order

permitting Vastar to file a 13-page supplemental memorandum in support of Vastar's motion

for summary judgment to address novel arguments raised by plaintiff's counsel upon the

grounds and for the reasons set forth in the accompanying memorandum.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

DATE OF ENTRY

FEB 1 2 2001

Fee_____
_____Process_____
X__Dktd_____
✓__CtRmDep_____
Doc.No.23____

Respectfully submitted,

**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Attorneys for Vastar Resources, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been

forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the

United States mail, addressed to them on this _9th_ day of February, 2001.

G:\PURSELL\VASTAR\00026\Pleading\SUMJUDG-LEAVE-MOT.wpd



DEUTSCH,
KERRIGAN &
STILES, L.L.P.

- 2 -

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0047** |
| | * | |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG. 4** |
| | * | |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | |
| | * | **MAGISTRATE JUDGE  KAREN ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE 13-PAGE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF VASTAR RESOURCES, INC.'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

The following memorandum is respectfully submitted on behalf of defendant Vastar Resources, Inc. ("Vastar") in support of Vastar's motion for leave to file supplemental memorandum in support of Vastar's motion for summary judgment.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

Vastar respectfully requests that it be allowed to file the accompanying supplemental memorandum to address plaintiff's novel arguments that Vastar waived and/or is estopped from arguing the "independent contractor" defense by Vastar's failure to raise "independent contractor" as an affirmative defense.  Because plaintiff's argument implicates the Court's ability to hear Vastar's motion, Vastar would like to be heard on this issue.  Vastar also needs to explain to the Court how the numerous extraneous facts and arguments set forth by plaintiff do not create an issue of material fact.

Because Vastar had to devote extra pages to plaintiff's unexpected waiver/estoppel arguments, and because defendant reprinted extensive portions of plaintiff's deposition testimony for the Court's easier reference, Vastar's supplemental memorandum exceeds the length limitation by three pages, therefore, Vastar respectfully requests permission to file its 13-page supplemental memorandum.

Respectfully submitted,

**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Attorneys for Vastar Resources, Inc.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been

forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the

United States mail, addressed to them on this _____ day of February, 2001.

G \PURSELL\VASTAR\00026\PLEADING\SUMJUDG-LEAVE-MEM wpd

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0047** |
| | * | |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG. 4** |
| | * | |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | |
| | * | **MAGISTRATE JUDGE  KAREN ROBY** |
| * * * * * * * * * * * * * | * | |

## <u>ORDER</u>

Considering  the  above  and  foregoing  motion  for  leave  to  file  supplemental
memorandum, it is hereby

ORDERED  that  Vastar  Resources,  Inc.  be  permitted  to  file  its  supplemental
memorandum in support of Vastar Resources, Inc.'s motion for summary judgment.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

New Orleans, Louisiana, this ____ day of February, 2001.


_____
**UNITED STATES DISTRICT JUDGE**

G \PURSELL-VASTAR\00026\PLEADING\SUPMEMO-ORDER wpd