

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 PM 1:58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0047 |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 1 |
| | * | HONORABLE ~~GINGER BERRIGAN~~ |
| | * | MAGISTRATE JUDGE ~~KAREN ROBY~~ Sally Shushan |

## MOTION FOR EXPEDITED HEARING

**Now comes** defendant, Vastar Resources, Inc. ("Vastar"), through undersigned counsel, who respectfully requests that the Court grant an expedited hearing on Vastar Resources, Inc.'s motion for leave to file amended answer to plaintiff's original complaint upon the grounds and for the reasons set forth in the accompanying memorandum.

DATE OF ENTRY
FEB 1 2 2001

\_\_ree\_\_
\_\_Process\_\_
X\_\_Dktd\_\_
\_\_CtRmDep\_\_
Doc.No.\_25\_

Respectfully submitted,

*[signature]*

**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Attorneys for Vastar Resources, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 9th day of February, 2001.

*[signature]*

G:\PURSELL\VASTAR\00026\PLEADING\EXPED-HEARING-MOTION.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 00-0047** |
| | * | |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG.** ~~N~~ 1 |
| | * | |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | |
| | * | **MAGISTRATE JUDGE** Sally Shushan ~~KAREN ROBY~~ |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing motion for expedited hearing, it is hereby

ORDERED that Vastar Resources, Inc. be granted an expedited hearing on Wednesday, February 14, 2001 at 9:00 a.m. on defendant's motion for leave to file amended answer to plaintiff's original complaint. *on briefs without oral argument. Plaintiff will file his opposition on Tuesday, February 13, 2001*

New Orleans, Louisiana, this _9th_ day of February, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 00-0047** |
| **VASTAR RESOURCES, INC.** | * | **SEC. "C", MAG. ⅜** |
| | * | **HONORABLE GINGER BERRIGAN** |
| | * | **MAGISTRATE JUDGE KAREN ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

The following memorandum is respectfully submitted on behalf of defendant Vastar Resources, Inc. ("Vastar") in support of defendant's motion for expedited hearing.

Vastar currently has a motion for summary judgment set for hearing with oral argument before the Court on Wednesday, February 14, 2001 at 9:30 a.m. The legal basis for Vastar's motion for summary judgment on liability is that the "independent contractor"

defense bars plaintiff's claims against defendant. In his opposition memorandum, plaintiff's counsel argues that Vastar failed to plead the "independent contractor" defense in either of its two answers. Defendant respectfully requests that the Court grant an expedited hearing on Vastar's motion for leave to amend its answer so that the "independent contractor" defense is affirmatively pled and Vastar's motion for summary judgment be allowed to proceed as scheduled.

Plaintiff cites **no federal court decision** supporting his position that under the notice pleading rules stated within the Federal Rules of Civil Procedure, Vastar was required to plead a "independent contractor" defense. To be sure there are numerous decisions from the Eastern District and Fifth Circuit Court of Appeals where summary judgment were **granted** on grounds of independent contractor, dismissing plaintiff's action without any affirmative defense of "independent contractor ever having been pled. *See Duplantis v. Shell Offshore, Inc.*, 948 F.2d 187 (5th Cir. 1991); *Zepherin v. Conoco Oil Co., Inc.*, 884 F.2d 212 (5th Cir. 1989). To end any issue defendant Vastar now requests that this court allow for the amendment to affirmatively state the defense which has already been pled and briefed in Vastar's Motion for Summary Judgment which is scheduled for hearing on Wednesday, February 15, 2001.

-2-

Respectfully submitted,

_____
MICHAEL CHRISTOVICH, T.A. (# 4118)
BRANDT K. ENOS (#23058)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Attorneys for Vastar Resources, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 9th day of February, 2001.

_____

G:\PURSELL\VASTAR\00026\PLEADING\EXPED-HEARING-MEMO.wpd

- 3 -