```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 FEB 12  PM 3: 58

                                LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0047 |
| | * | |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 1 |
| | * | |
| | * | HONORABLE GINGER BERRIGAN |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * | | |

### EX PARTE MOTION FOR LEAVE TO FILE ORIGINAL
### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

Now comes defendant Vastar Resources, Inc. ("Vastar"), through undersigned counsel, and pursuant to LR7.3E moves the Court for the entry of an Order granting defendant leave to file the original of the Unsworn Declaration under Penalty of Perjury of Carroll Kent Smith, upon showing that Vastar has now received the executed original of the

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

```
DATE OF ENTRY
FEB 14 2001
```



declaration in question and wishes to file the original in order to complete the record in connection with Vastar's motion for summary judgment.

Respectfully submitted:

*[signature]*

MICHAEL M. CHRISTOVICH T.A. (#4118)
BRANDT K. ENOS (#23058)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
Attorneys for Defendant
Vastar Resources, Inc.

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, this *12th* day of February, 2001, at New Orleans, Louisiana.

*[signature]*

MICHAEL M. CHRISTOVICH
BRANDT K. ENOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED TERRY** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 00-0047 |
| | * | |
| **VASTAR RESOURCES, INC.** | * | SEC. "C", MAG. 1 |
| | * | |
| | * | HONORABLE GINGER BERRIGAN |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * | | |

## O R D E R

Considering the foregoing Ex Parte Motion for Leave to File Original Unsworn Declaration under Penalty of Perjury it is hereby,

**ORDERED** that the original Unsworn Declaration under Penalty of Perjury of CARROLL KENT SMITH be filed as Exhibit "D" to Vastar Resources, Inc.'s Memorandum in Support of Motion for Summary Judgment.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

New Orleans, Louisiana, this \_\_12\_\_ day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

G:\PURSELL\VASTAR\00026\PLEADING\DECLAR-ORDER.wpd