```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 FEB 14  AM 11: 34

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| | * | NO. 00-0047 |
| VERSUS | | |
| | * | SECTION: "C" |
| VASTAR RESOURCES, INC. | * | MAGISTRATE: "4" |

**********************************************************************

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is Carroll Kent Smith and I am employed by Schlumberger Wireline & Testing ("Schlumberger") in Laurel, Mississippi as a senior operator.

2. On or about January 21, 1999 I was employed by Schlumberger in Belle Chasse, Louisiana.

3. On or about January 21, 1999 I was assigned to work with Schlumberger field engineer, Alfred Terry, on the Grand Isle 95 fixed production platform owned by Vastar Resources, Inc.

4. My immediate supervisor while working on Grand Isle 95 was Alfred Terry and my job duties were to assist Alfred Terry with the assembly and disassembly of Schlumberger downhole tools and equipment.

5. At no time during our work on Grand Isle 95 did the Vastar company man or either of the two Vastar production hands present on the platform exercise any operational control over either mine or Alfred Terry's work, particularly the method and manner in which we disassembled weights from the tool string.



6.  I was an eyewitness to Alfred Terry's alleged accident and the entire method of unscrewing the 75-lb. weight bar from the tool string, including the Schlumberger tools utilized to accomplish this task and the positioning of our bodies, was decided solely by Alfred Terry and myself without any involvement of Vastar.

7.  While on Grand Isle 95 Alfred Terry and I safely accomplished the job of disassembling weight bars from Schlumberger's tool string numerous times after the alleged accident without any injury or mishap.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2001.

<u>Carroll Kent Smith</u>
**CARROLL KENT SMITH**

G:\PURSELL\VASTAR\00026\PLEADING\kent-declaration.wpd