

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C"   MAG. (4) |
| * * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL DEMANDED** |

### MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT VASTAR'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Alfred Terry, for the purpose of filing this Motion.

The purpose of this motion is to request leave of court to file Plaintiff's Supplemental Memorandum in Opposition to Defendant Vastar's Motion for Summary Judgment.

**WHEREFORE**, Plaintiff respectfully requests leave of court to file a supplemental memorandum herein in opposition to Defendant Vastar's Motion for Summary Judgment.

DATE OF ENTRY
FEB 1 4 2001



Respectfully submitted,

By _____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway
Suite 1B
Metairie, Louisiana 70006
(504) 887-0077

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on the 13th day of Feb., 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C"   MAG. (4) |
| * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL DEMANDED** |

## ORDER

**CONSIDERING THE FOREGOING MOTION, IT IS HEREBY ORDERED,** that Plaintiff, Alfred Terry, be and is hereby **GRANTED** leave of court to file a Supplemental Memorandum in Opposition to Defendant Vastar's Motion for Summary Judgment herein.

Signed this _12_ day of _Feb_, 2001, New Orleans, Louisiana.

_____
DISTRICT JUDGE

3