UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION |
| VERSUS | NUMBER: 00-0047 |
| VASTAR RESOURCES, INC. | SECTION: "C" |

WEDNESDAY, FEBRUARY 14, 2001, AT 9:30 A.M.
JUDGE HELEN G. BERRIGAN PRESIDING

COURT REPORTER:     Arlene Movahed
COURTROOM DEPUTY:   Kimberly County

APPEARANCES:   Clement P. Donelon, Counsel for Plaintiff
Brandt Enos, Counsel for Defendant

MOTION BY VASTAR RESOURCES, INC. FOR SUMMARY JUDGMENT (18)

**AFTER ARGUMENT: DENIED.**

MOTION BY VASTAR RESOURCES, INC. TO FILE AMENDED ANSWER TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT (26)

**AFTER ARGUMENT: GRANTED.**

FEB 14 2001
DATE OF ENTRY _____

_____Fee_____
_____Process_____
 X  _Dktd_____
_____CtRmDep_____
_____Doc.No._____