U S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 14 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0047 |
| | * | |
| VASTAR RESOURCES, INC. | * | SEC. "C", MAG. 4 |
| | * | |
| | * | HONORABLE GINGER BERRIGAN |
| | * | |
| | * | MAGISTRATE JUDGE KAREN ROBY |
| * * * * * * * * * * * * | * | |

**VASTAR'S AMENDED ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**

Now comes defendant Vastar Resources, Inc., through undersigned counsel, who amends its original answer to plaintiff's complaint by withdrawing the defense raised as Vastar's sixth affirmative defense and substituting the following:

Fee
Process
X Dktd
CtRmDep
Doc.No. 33

## "SIXTH DEFENSE

Vastar Resources, Inc. raises the "independent contractor" defense as a complete bar to plaintiff's claims."

**WHEREFORE**, defendant Vastar Resources, Inc. prays that its amended answer to the original complaint be deemed good and sufficient, and after due proceedings are had, there be judgment in its favor against plaintiff, dismissing plaintiff's original and first supplemental and amended complaints at plaintiff's costs. Vastar Resources, Inc. further prays for such other relief as may be just and proper in the premises.

Respectfully submitted,

_____
**MICHAEL CHRISTOVICH, T.A. (# 4118)**
**BRANDT K. ENOS (#23058)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Attorneys for Vastar Resources, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this _____ day of February, 2001.

_____

G:\PURSELL\VASTAR\00026\PLEADING\AMENDED-ANSWER.wpd