FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 22 PM 12: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER    00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C"    MAG. (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S SUPPLEMENTAL AND AMENDED EXHIBIT LIST

NOW COMES Plaintiff, Alfred Terry, for the purpose of filing this Supplemental and Amended Exhibit List.

### PLAINTIFF'S SUPPLEMENTAL AND AMENDED EXHIBIT LIST

1. Employee's Claim for Compensation filed by Plaintiff on or about February 14, 1999 with the Department of Labor.

2. All Plaintiff's discovery requests and Defendant Vastar's responses thereto.

3. Documents obtained from Schlumberger Wireline and Testing pursuant to a subpoena duces tecum issued in this case.

4. Risk Identification or Accident Report prepared by Schlumberger in regard to the subject accident, Report Date: January 29, 1999.

5. Original Invoice from Schlumberger Wireline and Testing to Vastar Resources, Invoice No. 9090279721, Invoice Date: January 24, 1999.

6. Original Invoice from Schlumberger Wireline and Testing to Vastar Resources, Invoice No.

        9090279722, Invoice Date: January 29, 1999.

7. Contract between Schlumberger Well Services and Vastar Resources, Service Order No. 1287597, Service Order Date: January 29, 1999.

8. Schlumberger Wireline and Testing dispatch ticket for Service Order No. 1287597, Service Order Date: January 29, 1999.

9. Schlumberger Wireline and Testing contract with Vastar Resources, Service Order No. 1287596, Service Order Date: January 20, 1999.

10. Schlumberger Wireline and Testing dispatch form for Service Order No. 1287596, Service Order Date: January 24, 1999.

11. Schlumberger Wireline and Testing activity log for Service Order Nos. 1287596 & 1287597.

12. Plaintiff's financial records including but not limited to his tax returns from 1995 - 2000, check stubs and W-2s.

13. Medical records, reports and bills from Crescent City Physical Therapy, L.L.C. for services rendered to the Plaintiff.

14. Medical records, reports and bills from Westbank Surgical Clinic for medical services rendered to the Plaintiff.

15. Medical records, reports and bills from Westbank Orthopedic and Sports Therapy for services rendered to the Plaintiff.

16. Medical records, reports and bills from The Louisiana Clinic for medical treatment and services rendered to the Plaintiff for his accident-related injuries.

17. Medical records, reports and bills from Jefferson Orthopedic Clinic for medical services rendered to the Plaintiff for his accident-related injuries.

18. Records, reports and bills of Dr. Leighton Stamps, Ph.D. for professional services rendered to the Plaintiff as a result of the subject accident.

19. Curriculum vitae of Edward Robert.

20. Curriculum vitae of Leighton Stamps, Ph.D.
21. Curriculum vitae of Ms. Holly Sharp, CPA, CFE, CFP.

22. Curriculum vitae of John Watermeier, M.D.

23. Any and all documents provided to Defendant Vastar by Plaintiff in response to Defendant's discovery requests.

24. Any document listed by Defendant Vastar.

25. Plaintiff's personnel file.

26. Diagram of Pressure Control Risor and/or Down Hole Assembly.

27. Diagram or photographs of Vastar's Drilling Platform, Grande Isle 95, OCSG-02164, Well No. A-L3 ST3.

28. Schlumberger Wireline and Testing Bonus Reports for Service Order Nos. 1287596 & 1287597.

29. Documents showing Plaintiff's efforts to obtain another job after the subject accident, including but not limited to letters which he wrote to prospective employers.

30. Records of Schlumberger Wireline and Testing regarding Plaintiff's LHWC claim.

31. Schlumberger's debrief form in regard to the subject accident.

32. All pleadings filed by Defendant Vastar herein.

33. All memorandum filed by Defendant Vastar herein.

34. Expert report of Kenneth Boudreaux.

Respectfully submitted,

By_____
Clement P. Donelon, Bar No. 4996
Attorney at Law
4508 Clearview Parkway, Suite 1B
Metairie, Louisiana 70006
(504) 887-0077

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on the _____ day of _____, 20___.

_____