```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 MAR -9  AM 10: 04

                                      LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**BERRIGAN, J.**
**March 8, 2001**

| | |
|---|---|
| **ALFRED TERRY** | **CIVIL ACTION** |
| versus | NO. 00-0047 |
| **VASTAR RESOURCES, INC.** | SECTION "C" (4) |

      IT IS ORDERED that Plaintiff shall file any objection to the pending Motion to Intervene no later than **Monday, March 12, 2001, at 12:00 p.m. (noon).**

*[signature]*

```
DATE OF ENTRY
MAR - 9 2001
```

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No. 35
```