FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 12 AM 11: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "C"   MAG. (4) |

* * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN OPPOSITION
### TO MOTION TO INTERVENE

#### FACTS

Recently on March 7, 2001, Travelers Insurance Company faxed a Motion to Intervene herein seeking reimbursement for medical expenses and benefits which Travelers paid pursuant to the LHWCA. Previously on May 16, 2000, the DOL conducted an informal conference regarding Mr. Terry's LHWCA claim. At that May 16, 2000 conference, counsel for Mr. Terry gave a conformed copy of Mr. Terry's complaint in this lawsuit to a representative of Travelers Insurance Company.

Now almost 10 months later and more than 5 months after the pleadings cut-off date, Travelers seeks to intervene herein. Additionally, Plaintiff's counsel is in the midst of preparing a per-trial order. As a result, Plaintiff objects to Travelers' 11th hour attempt to intervene herein. In

addition to other potential problems, this late hour addition of a party to this action will potentially cause revisions to the pre-trial order delay its submission to the Court. Plaintiff's counsel has not completed a rough draft of his inserts, and he is not pleased at the prospect of having to wait to receive inserts from counsel for Travelers. The pre-trial order is due to be filed Tuesday, March 13, 2001 with the Court.

Furthermore, since the discovery cut-off date has now long passed, Plaintiff will not have the opportunity to conduct discovery on the quantum of Traveler's claim.

Respectfully submitted,

*[signature]*

CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

---

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U S Mails, postage prepaid and properly addressed, on this 12th day of March, 2001.

*[signature]*