UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION NO: 00-0047 |
| | SECTION: "C" JUDGE HELEN |
| VERSUS | BERRIGAN |
| | MAGISTRATE JUDGE: NO. 4 (1) |
| VASTAR RESOURCES, INC. | ~~KAREN WELLS ROBY~~ |

MOTION TO INTERVENE

THE TRAVELERS INSURANCE COMPANY moves this Court for an order to permit said party to intervene in these proceedings and to file the attached Complaint of Intervention. The basis for this motion is that The Travelers Insurance Company is the workers' compensation insurer of Schlumberger Well Services, plaintiff's employer, and is entitled to intervene in these proceedings for the reasons stated in the attached Complaint of Intervention. Counsel for the plaintiff has advised that he objects to the filing of the intervention, but counsel for the defendant has no opposition.

GIBBENS & STEVENS
222 West St. Peter Street
New Iberia, LA 70560
Telephone: (337) 367-8451

J. LOUIS GIBBENS

DATE OF ENTRY
MAR 1 4 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION NO: 00-0047 |
| VERSUS | SECTION: "C" JUDGE HELEN BERRIGAN |
| VASTAR RESOURCES, INC. | MAGISTRATE JUDGE: NO. 4 KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Complaint of Intervention be filed and served as prayed for herein. *

_____N.O._____, Louisiana, this __13__ day of _____March_____, 2001.

_____
HONORABLE HELEN BERRIGAN, JUDGE

* In light of the late date of this intervention, the parties shall have until Wednesday, March 14, 2001 at twelve noon (12:00 p.m.) to file a properly executed Pre-Trial Order and one copy. No other deadlines are affected by this Order.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION NO: 00-0047 |
| VERSUS | SECTION: "C" JUDGE HELEN BERRIGAN |
| VASTAR RESOURCES, INC. | MAGISTRATE JUDGE: NO. 4 KAREN WELLS ROBY |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF IBERIA

BEFORE ME, the undersigned authority, personally came and appeared J. LOUIS GIBBENS, attorney for The Travelers Insurance Company in the captioned matter, who, after being duly sworn, did depose and say:

That he has contacted all attorneys in the above and foregoing proceedings, and has ascertained that counsel for the defendant has no objection to the filing of the Complaint of Intervention on behalf of The Travelers Insurance Company. Counsel for plaintiff has stated he will oppose the filing.

_____
J. LOUIS GIBBENS

SWORN TO AND SUBSCRIBED before me at New Iberia, Louisiana this \_\_\_7th\_\_\_ day of \_\_\_March\_\_\_, 2001.

_____
NOTARY PUBLIC