UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALFRED TERRY

VERSUS

VASTAR RESOURCES, INC.

CIVIL ACTION NO: 00-0047
00-0047

SECTION: "C" JUDGE HELEN BERRIGAN

MAGISTRATE JUDGE: NO. 4(1)
~~KAREN WELLS ROBY~~

## COMPLAINT OF INTERVENTION

The complaint of intervention of THE TRAVELERS INSURANCE COMPANY, a foreign corporation authorized to do and doing business in the State of Louisiana, with respect represents:

1.

ALFRED TERRY, plaintiff herein, filed a claim against VASTAR RESOURCES, INC., alleging that:

2.

On or about January 21, 1999 plaintiff, Alfred Terry, while employed by Schlumberger Well Services as a general field engineer, alleges to have injured his back while assisting in disassembly of the downhole assembly.

3.

Plaintiff further alleges that, as a result of the foregoing, he (Alfred Terry) has sustained certain injuries which are more fully explained in plaintiff's complaint. Plaintiff further alleges that Vastar Resources, Inc., was guilty of negligence in causing the accident and injuries to Alfred Terry.

4.

Intervenor shows that it is the workers compensation insurer for Schlumberger Well Services (the plaintiff's employer), and as a result of the aforesaid accident, it has paid compensation benefits in the sum of $17,853.00; also, medical expenses have been paid to or on behalf of Alfred Terry, in the sum of $16,748.00 and continuing; all pursuant to the Longshore and Harbor Worker's Compensation Act (LHWCA).

5.

Intervenor shows that, in accordance with the LHWCA, Intervenor is subrogated to the rights of Alfred Terry, and also has a cause of action of its own, and is entitled to be reimbursed, by preference and priority, out of the proceeds of any judgment, or settlement, which may be rendered or reached in these proceedings in favor of the plaintiff, for such compensation benefits and medical expenses which it has paid to or on behalf of Alfred Terry.

6.

Intervenor may also be liable to pay future benefits and, in accordance with the LHWCA, is entitled to a credit against any potential future liability under the Act, for all amounts recovered by plaintiff, either by way of settlement or judgment, over and above all amounts paid by Intervenor.

7.

Intervenor shows that the filing of this intervention will not delay the principal proceedings herein.

WHEREFORE, Intervenor prays that it be allowed to intervene herein; that it be allowed to have the Complaint of Intervention filed and served on plaintiff and on Vastar Resources, Inc.; that after due proceedings had, there be judgment herein in favor of Intervenor in the amount of $17,853.00 paid in compensation benefits and $16,748.00 in medical expenses paid to or on behalf of the Alfred Terry, together with any other amounts which may subsequently be paid by Intervenor, or which will be paid by Intervenor at any time in the future; that if plaintiff is successful in obtaining a settlement or judgment, there be judgment herein in favor of Intervenor, by preference and priority, for the above amounts,

and that there also be judgment providing credit in favor of Intervenor against any additional amounts which may be due at any time in the future; in addition to legal interest, and all costs of these proceedings.

>GIBBENS & STEVENS
>222 West St. Peter Street
>New Iberia, LA 70560
>Telephone: (337) 367-8451
>
>_____
>J. LOUIS GIBBENS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been forwarded to all counsel of record by depositing a copy of same in the U.S. Mail, postage prepaid.

New Iberia, Louisiana this ___7____ day of __ncl___, 2001.

_____
J. LOUIS GIBBENS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION NO: 00-0047 |
| VERSUS | SECTION: "C" JUDGE HELEN BERRIGAN |
| VASTAR RESOURCES, INC. | MAGISTRATE JUDGE: NO. 4 KAREN WELLS ROBY |

## NOTICE OF MOTION TO INTERVENE

TO: ALFRED TERRY
through his attorney of record
Clement Donelon
4508 Clearview Parkway, Suite 1B
Metairie, AL 70006

and

VASTAR RESOURCES, INC.
through its attorney of record
Michael Christovich
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130

PLEASE TAKE NOTE that the undersigned will bring the above motion on for hearing before this Court on the next regular motion docket at time and date to be fixed by the Court, or as soon thereafter as counsel can be heard. 3/28/01



GIBBENS & STEVENS
222 West St. Peter Street
New Iberia, LA 70560
Telephone: (337) 367-8451

_____
J. LOUIS GIBBENS


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been forwarded to all counsel of record by depositing a copy of same in the U.S. Mail, postage prepaid.

New Iberia, Louisiana this _____ day of _____, 2001.

_____
J. LOUIS GIBBENS