```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 MAR 16  AM 8: 44

          LORETTA G. WHYTE
               CLERK
```

TM

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 15, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION |
| versus | NUMBER 00-0047 |
| VASTAR RESOURCES, INC. | SECTION "C" (1) |

A settlement conference is scheduled in the above-captioned case on **Monday, March 26, 2001 at 7:30 A.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 16 2001

Fee_____
Process___
X  Dktd___
√  CtRmDep__
   Doc.No.___