

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION |
| VERSUS | NO. 00-0047 |
| VASTAR RESOURCES, INC. | SECTION: C/1 |

### ORDER OF TRANSFER

**IT IS ORDERED** that the above captioned matter be **TRANSFERRED** to Section "H" of this Court.

New Orleans, Louisiana this _____ day of March 2001.

_____
UNITED STATES DISTRICT JUDGE

MAR 2 0 2001

TRANSFERRED TO

SECT. H

DATE OF ENTRY
MAR 21 2001

Fee_____
Process____
X Dktd_____
✓ CtRmDep_____
Doc.No._____