FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 22 PM 2: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "H"   MAG. (2) |

* * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MEMORANDUM IN OPPOSITION
### TO DEFENDANT'S MOTION IN LIMINE

#### FACTS

One of the salient factual issues in this case is whether the vertical method of disassembling the "tool string" which Plaintiff had to use was dangerous. In that regard, the following admission which appears on page 12 of the memorandum which Defendant Vastar filed on January 30, 2001 in support of its Motion for Summary Judgment is relevant:

> **Vastar did no more than oversee the job to monitor its progress and cannot be liable for the <u>improper</u> and <u>unsafe</u> manner in which the Plaintiff attempted to disassemble the weight bars from Schlumberger's own tool strings.**

#### ARGUMENT

In <u>Heil Company v. Snyder Industries, Inc.</u>, 763 F.SUpp. 422, 427-28 (D.Neb. 1991), the defendant objected to the admissibility of statements made in its argumentative briefs. Defendant

argued that said statements are not binding judicial admissions. The Court agreed. However, the Court held that "statements of fact contained in a brief may be considered admissions of the party in the discretion of the court." American Title Ins. Co. v. Lacelaw Corp., 861 F.2d 224, 226 (9th Cir. 1988). In so holding the Court allowed said statements of fact from defendant's briefs into evidence subject to "contradiction by other evidence." In Re Applin, 108 B.R. 253, 258 (Bankr E.D. Cal. 1989).

Here, the statement by Vastar's counsel that the method which Plaintiff used to disassemble the "tool string" is an evidentiary admission which although not conclusive, should be allowed into evidence along with other evidence on this factual issue. Also see Louisiana Code of Evidence Practice Guide (2d) pages 289-290.

Respectfully submitted,

_____
CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

CERTIFICATE OF SERVICE
I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on this _____ day of _____, 2001

_____