FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26 PM 3: 14

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 26, 2001**

### UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**ALFRED TERRY**                                  **CIVIL ACTION**

**versus**                                         **NUMBER 00-0047**

**VASTAR RESOURCES, INC.**                         **SECTION  "H" (1)**

A settlement conference was held this date.

Present:

Clem Donelon, for the plaintiff;
Michael Christovich and Brandt Enos, for Vastar Resources, Inc.;
Louis Gibbens, for intervenor, Travelers Insurance Company;

Settlement discussions are ongoing.

_____
  SALLY SHUSHAN
  UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY

MAR 2 6 2001

___Fee_____
___Process_____
X_Dktd_____
___CtRmDep_____
Doc.No._____