

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "H"   MAG. (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Alfred Terry, for the purpose of filing this Motion for Expedited hearing on his Motion to Continue or Alternatively to Amend Pre-Trial Order.

WHEREFORE, Plaintiff, Alfred Terry, prays that this Honorable Court issue an order granting him an expedited hearing on his Motion for Expedited hearing on his Motion to Continue or Alternatively to Amend Pre-Trial Order.

Respectfully submitted,

_____
CLEMENT P. DONELON, BAR #4996
Attorney at Law
4508 Clearview Parkway, Suite 1-B
Metairie, Louisiana 70006-2379
Telephone: (504) 887-0077

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon opposing counsel by hand delivery or by placing a copy of same in the U.S. Mails, postage prepaid and properly addressed, on the _____ day of _____, 2001.

_____

DATE OF ENTRY
MAR 2 7 2001

Fee_____
Process___
X Dktd____
__ CtRmDep__
Doc.No. 49

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | NUMBER   00-0047 |
| VASTAR RESOURCES, INC. | * | SECTION "H"   MAG. (2) |

* * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE ABOVE AND FOREGOING MOTION, IT IS HEREBY ORDERED,** that Plaintiff's Motion For Expedited Hearing on his Motion to Continue or Alternatively to Amend Pre-Trial Order is hereby **GRANTED,** ~~and set for hearing~~ on the _____ ~~day of~~ _____, 2001 at _____.

New Orleans, Louisiana, this 26 day of March, 2001.

_____
JUDGE