```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 MAR 27  AM 8: 44

                                     LORETTA G. WHYTE
                                           CLERK
```

**MINUTE ENTRY**
**BERRIGAN, J.**
**March 23, 2001**

| | |
|---|---|
| **ALFRED TERRY** | **CIVIL ACTION** |
| versus | NO. 00-0047 |
| **VASTAR RESOURCES, INC.** | SECTION "H" (1) |

IT IS ORDERED that Plaintiff's Motion to Continue Trial is hereby GRANTED. The Courtroom Deputy shall hold a preliminary conference with counsel on April 12, 2001, at 10:15 a.m. for the purposes of establishing a trial date in May 2001, and other relevant dates.



```
DATE OF ENTRY
  MAR 2 7 2001
```