U.S. DISTRICT COURT
Eastern District of Louisiana
FILED  MAR 29 2001
LORETTA G. WHYTE
Clerk

MINUTE ENTRY
JUDGE DUPLANTIER
MARCH 26, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED TERRY | CIVIL ACTION |
| VERSUS | NUMBER: 00-47 |
| VASTAR RESOURCES INC. | SECTION: H (1) |

IT IS ORDERED that the above captioned matter be TRANSFERRED to Section C of this Court.

New Orleans, LA, this 29th day of March, 2001.

_____
UNITED STATES DISTRICT COURT

MAR 29 2001
TRANSFERRED TO:
SECT. C

DATE OF ENTRY
MAR 29 2001

Fee_____
Process____
X /Dktd____
_/CtRmDep___
Doc.No. 52