```
                                             FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 MAR 30 P 3 46

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFRED TERRY | * | CIVIL ACTION |
| VERSUS | * | No. 00-0047 |
| VASTAR RESOURCES | * | SECTION "C" (1) |

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

    BEEN SUBPOENAED, EVERY WITNESS MUST BE

    NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, March 30, 2001

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 3 0 2001