cv 

```
                                    FILED
                               U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                               2001 MAR 30 P 3 28

                                LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 30, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED TERRY** | **CIVIL ACTION** |
| versus | **NUMBER 00-0047** |
| **VASTAR RESOURCES, INC.** | **SECTION "C" (1)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

DATE OF ENTRY
APR 0 2 2001

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

54